## A. A. W. YOUNG *vs.* DANIEL YOUNG, jr.

It is a good plea in abatement of a writ, that the plaintiff or demandant, who sues without a guardian, or next friend, is an infant.
But the writ may, in such a case, be amended, by inserting the name of a guardian, or next friend.

THIS was a writ of entry. The tenant pleaded, in abatement of the writ, the infancy of the demandant, who sued without a guardian or *prochein amy.*

The demandant moved for leave to amend his writ, by inserting the name of a *prochein amy.*

To this the tenant objected, and contended, that the writ was not amendable, in this respect, by any known rule of practice.

*Copp*, for the demandant.

*Hobbs* and *Sawyer*, for the tenant.

*By the court.* It is well settled, that it is a good plea in abatement of the writ, that the demandant or plaintiff, who sues without a guardian or next friend, is an infant. *Chitty's Pl.* 436.—2 *Saunders* 117, *f.* note (1.)—1 *Tidd's Prae.* 69.—

7 *Johnson* 373, *Schemerhorn vs. Jenkins.*—2 *Saunders* 212.— *Comyn's Digest, Pleader* 2 *C.* 1.

But it is very clear, that the writ may be amended. 1 *Cowen* 33 ; *Ex parte Scott.*—2 *Saunders* 212, *and notes.*—1 *Tidd's Prac.* 69—72.

*Leave to amend granted.*